

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re William L. Arnett,     * Original Mandamus Proceeding


No. 11-25-00035-CR     * March 6, 2025

              * Memorandum Opinion by Bailey, C.J.
                (Panel consists of: Bailey, C.J.,
                Trotter, J., and Williams, J.)

This court has considered William L. Arnett's petition for writ of mandamus and concludes that the petition should be dismissed. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.